# EXHIBIT 10

**IN THE HIGH COURT OF JUSTICE**
**KING'S BENCH DIVISION**

**BEFORE THE HONOURABLE MR JUSTICE MURRAY**
**DATED 2 February 2023**

<u>Claim no. QB-2020-000322 ("the Al Sadeq Proceedings")</u>

B E T W E E N : -

KARAM SALAH AL DIN AWNI AL SADEQ

**Claimant**

and

(1) DECHERT LLP
(2) NEIL GERRARD
(3) DAVID HUGHES
(4) CAROLINE BLACK

QB-2020-000322
**Defendants**

<u>Claim no. QB-2020-002492 ("the Stokoe Proceedings")</u>

B E T W E E N : -

STOKOE PARTNERSHIP SOLICITORS

**Claimant**

and

~~(1) MR PATRICK TRISTRAM FINUCANE GRAYSON~~
~~(2) GRAYSON + CO LIMITED~~
~~(3) MR STUART ROBERT PAGE~~
~~(4) PAGE CORPORATE INVESTIGATIONS LIMITED~~
(5) DECHERT LLP
(6) DAVID NEIL GERRARD

**Defendants**

<u>Claim no. QB-2020-003142 ("the Quzmar Proceedings")</u>

B E T W E E N : -

JIHAD ABDUL QADER SALEH QUZMAR

**Claimant**

and

(1) DECHERT LLP
(2) NEIL GERRARD

**Defendants**

**ORDER**

**UPON** the Order of Mr Justice Murray dated 13 January 2023 (the "**13 January Order**") concerning three electronic devices, comprising a Huawei laptop (the "**Huawei Laptop**"), an encrypted Aegis hard drive (the "**Aegis Device**") and a Seagate hard drive (the "**Seagate Device**") (together the "**Devices**")

**AND UPON** the application by Mr Nicholas Del Rosso and Vital Management Services Inc (the "**Del Rosso Parties**") seeking variation of the 13 January Order by application notice dated 26 January 2023

**AND UPON** the 13 January Order having been varied by two Consent Orders dated 26 and 27 January 2023 respectively (the "**Amended Order**")

**AND UPON** the Del Rosso Parties having intimated in correspondence that they oppose the proposed search described in paragraph 1 of the 13 January Order and that they intend to make an application and/or bring proceedings against Stokoe Partnership Solicitors for delivery up of at least the Laptop Device unless agreement can be reached

**AND UPON** Dechert LLP requesting delivery up of the Aegis Device from Stokoe Partnership Solicitors and reserving their right to issue an application to seek the delivery up of the same

**AND UPON** Mr Buchanan requesting delivery up of the Seagate Device, and reserving his right to issue an application and/or proceedings against Stokoe Partnership Solicitors to seek the delivery up of the same

**AND UPON** Mr Farhad Azima having issued an application notice pursuant to CPR 31.17 dated 1 February 2023 in claim no. HC-2016-002798 in relation to documents contained on the Devices (the "**Azima Application**")

**AND UPON** Mr Scott Michael Moore and Moore International Law PLLC having asserted certain rights in respect of the Huawei Laptop

**AND UPON** hearing counsel for each of: (i) the Del Rosso Parties, (ii) Stokoe Partnership Solicitors (as claimant in the Stokoe Proceedings), (iii) the Enyo Defendants (being Dechert LLP, Mr David Hughes and Ms Caroline Black as defendants to the Al Sadeq Proceedings and Dechert LLP as a defendant to the Quzmar Proceedings), (iv) Mr James Buchanan (as a third party with an interest), (v) Neil Gerrard (as a defendant to the Al Sadeq Proceedings, the Stokoe Proceedings, and the Quzmar Proceedings), and (vi) Mr Farhad Azima (as a third party with an interest)

**IT IS ORDERED** that:

1. Paragraph 1 of the Amended Order is replaced by the terms of paragraphs 2-4 of this Order.

2. By 16.00 on 16 February 2023, the Del Rosso Parties, Dechert LLP, Mr Buchanan and Stokoe Partnership Solicitors are to seek to agree how the Devices are to be treated. Any agreement reached shall be recorded in the form of a consent order(s), and filed for consideration by the Court. Nothing in this paragraph 2 is intended to affect any rights of Mr Scott Michael Moore, Moore International Law PLLC or Mr Farhad Azima in relation to the Devices and the data thereon.

3.  If no agreement is reached between the parties, any claims or applications seeking delivery up of the Devices and/or other relief in respect of the Devices are to be issued by 16.00 on 20 February 2023.

4.  No steps are to be taken by Stokoe Partnership Solicitors or agents of the same to examine or search the Devices, or examine or search any information derived from previous examinations of the Devices (save on 14 days' written notice to the Del Rosso Parties, Dechert LLP and Mr Buchanan not to be issued before 20 February 2023), until:

    (1)  the court has approved the terms of any agreement reached pursuant to paragraph 2 above; or

    (2)  7 days after the final determination of any claims or applications issued pursuant to paragraph 3 above; or

    (3)  a further court order.

5.  There shall be a hearing to be fixed on the first available date convenient to the parties and the court not before 1 March 2023 and, in any event, by 28 April 2023 to address (so far as practicable) the Azima Application and any other applications or claims issued pursuant to  paragraph 3 above.

6.  Costs reserved.

7.  Liberty to apply.


Dated:  2 February 2023