# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Oussama El Omari,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>Dechert LLP, Nicholas Paul Del Rosso, and Vital Management Services, Inc.<br><br>　　　　　　Defendants. | Civil Action No. 23-cv-4607<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND TO OPPOSE MOTION FOR PRELIMINARY INJUNCTION** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiff Oussama El Omari ("Plaintiff") and Defendants Dechert LLP, Nicholas Paul Del Rosso and Vital Management Services, Inc. (collectively, "Defendants") that counsel for Defendants have accepted and/or agreed not to contest service of process in the above-referenced action as of June 27, 2023, without waiving, and while preserving, any and all defenses;

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the deadline for Defendants to answer, move or otherwise respond to the Complaint shall be August 25, 2023;

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the deadline for Defendants to oppose or otherwise respond to Plaintiff's Motion for a Preliminary Injunction (ECF No. 6) shall be August 25, 2023;

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, and facsimile and electronic signatures will constitute originals for purposes of this Stipulation.

Dated: June 29, 2023

| | |
|---|---|
| Moore International Law PLLC | Nelson Mullins Riley & Scarborough, LLP |
| By: /s/ Scott Michael Moore<br>    Scott Michael Moore | By: */s/ Sam Rosenthal*<br>    Sam Rosenthal<br>    Lisa A. Herbert |
| 45 Rockefeller Plaza<br>New York, NY 10111<br>Tel: (212) 332-3474<br>smm@milopc.com<br>*Attorneys for Plaintiff*<br>*Oussama El Omari* | 330 Madison Avenue, 27th Floor<br>New York, New York 10017<br>Tel: (212) 413-9000<br>Sam.rosenthal@nelsonmullins.com<br>Lisa.herbert@nelsonmullins.com<br>*Attorneys for Defendant Vital Management Services, Inc. and Nicholas Paul Del Rosso* |

Kaplan Hecker & Fink LLP

By: /s/ John C. Quinn
    Sean Hecker
    John C. Quinn
    David Gopstein
    Mark Weiner

350 Fifth Avenue
63rd Floor
New York, NY 10118
Tel: (212) 763-0883
jquinn@kaplanhecker.com
*Attorneys for Defendant Dechert LLP*


**SO ORDERED:** _____

**Dated:**