**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| OUSSAMA EL OMARI,<br><br>                               Plaintiff,<br><br>v.<br><br>DECHERT LLP,<br>NICHOLAS PAUL DEL ROSSO, and VITAL<br>MANAGEMENT SERVICES, INC.,<br><br>                               Defendants. | Civil Action No. 23-cv-04607 (LAK) (OTW)<br><br>**STIPULATION GOVERNING**<br>**PRESERVATION OF DOCUMENTS** |

**WHEREFORE,** on June 1, 2023, Plaintiff Oussama El Omari ("Omari") filed the instant action against Defendant Dechert LLP ("Dechert"), among others, alleging violation of 18 U.S.C. § 1030(a)(2)(C) (the "Computer Fraud and Abuse Act"), conspiracy to violate the same statute, and conversion, *see* ECF No. 1; and

**WHEREFORE,** on June 1, 2023, Plaintiff filed a Notice of Motion for Preliminary Injunction (the "Motion") and related papers seeking an order directing the preservation of certain documents, namely "any email... containing the email addresses of Plaintiff (ceo@oussamaelomari.com and abousami2793@gmail.com), and the email addresses of his undersigned counsel, (smm@milopc.com)" (the "Omari Documents"), *see* ECF No. 6 ¶¶ 1, 2; and

**WHEREFORE,** Dechert does not admit having of any Omari Documents in its possession, custody, or control, but wishes to avoid burdening the Court with unnecessary motion practice and to amicably resolve the Motion;

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiff and Dechert that Dechert, in accordance with its obligations pursuant to the Federal Rules of Civil Procedure, and this Court's Local Rules, agrees to maintain, and not destroy, delete, manipulate or

lose in any way, any Omari Documents, wherever located, that may be, or may come to be, in its

possession, custody, or control.


Dated: August 21, 2023


_____
Scott Michael Moore
MOORE INTERNATIONAL LAW PLLC
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 332-3474
smm@milopc.com

*Attorneys for Plaintiff Oussama El Omari*

_____
Sean Hecker
John C. Quinn
David Gopstein
Mark Weiner
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
shecker@kaplanhecker.com
jquinn@kaplanhecker.com
dgopstein@kaplanhecker.com
mweiner@kaplanhecker.com

*Attorneys for Defendant Dechert LLP*


SO ORDERED: _____

**Dated:**