UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OUSSAMA EL OMARI,

          Plaintiff,

          -against-

DECHERT LLP, et al.,

          Defendants.
------------------------------------------------------------x

23-CV-4607 (JLAK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

In light of ECF Nos. 28 and 29, the parties have withdrawn their motion for preliminary injunction. Accordingly, the Clerk of Court is respectfully directed to close ECF 6.

      SO ORDERED.

Dated: August 21, 2023
      New York, New York

      _s/ Ona T. Wang_
      **Ona T. Wang**
      United States Magistrate Judge