UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
OUSSAMA EL OMARI,

          Plaintiff,                    23-CV-4607 (JLAK) (OTW)

       -against-                 **SCHEDULING ORDER**

DECHERT LLP, et al.,

          Defendants.
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 31 and 32.

Plaintiff's counsel and counsel for Defendants Nicholas Paul Del Rosso and Vital Management Services, Inc. (collectively, "Vital Defendants") are directed to attend a **Pre-Settlement Conference Call on Tuesday, September 12, 2023 at 2:30 p.m.** Please call Chambers at 212-805-0260 when counsel are on the line. Defense counsel for Dechert LLP is also invited to attend.

Plaintiff and the Vital Defendants are further directed to meet and confer regarding the email extraction issue described in ECF 32, and be prepared to discuss it at the September 12, 2023, Pre-Settlement Conference Call.

**SO ORDERED.**

                                                                            _s/ Ona T. Wang_

Dated: August 23, 2023                           **Ona T. Wang**
      New York, New York                  United States Magistrate Judge