# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0886
DIRECT EMAIL   jquinn@kaplanhecker.com

August 25, 2023

BY CM/ECF

The Honorable Ona T. Wang
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED.**

Re:   *El Omari v. Dechert LLP*, No. 23-cv-04607 (LAK) (OTW)

Dear Judge Wang:

We write on behalf of Defendant Dechert LLP ("Dechert") in the above-captioned action to submit a proposed briefing schedule for Dechert's Motion to Dismiss Plaintiff's Complaint, in keeping with Rule III(a) of your Individual Practices in Civil Cases. Dechert's counsel met and conferred with Plaintiff's counsel regarding the Motion on August 24, 2023, and the parties agreed to the following briefing schedule:

- Dechert will file its Motion to Dismiss on August 25, 2023, in keeping with the Court's Order of June 30, 2023 (Dkt. No. 25);

- Plaintiff will have thirty (30) days, to and including September 25, 2023, to respond to the Motion; and

- Dechert will have thirty (30) days, to and including October 25, 2023, to file a reply.

We respectfully request that the Court approve the briefing schedule, to which Plaintiff has agreed.

Respectfully submitted,

John C. Quinn

**Application GRANTED.**

**SO ORDERED.**

Ona T. Wang     8/28/23
U.S.M.J.