From: smm@milopc.com
Subject: Re: follow up conversation
Date: Aug 14, 2023 at 10:03:54 AM
To: Sam Rosenthal sam.rosenthal@nelsonmullins.com
Bcc: smm@milopc.com

Hello Sam,

Sorry, I just saw your email. I would appreciate an email first to set up a mutually convenient time to talk. That being said...

What I said was that I was amenable to adding a third paragraph to the PI relief (doc 6) that could account for what is going on in the U.K. Court. But that should be consistent with the relief. Here is a suggestion similar to your description of a UK resolution.

1. That the forensic expert doing the Moore data tranche removal from the Laptop be our expert, Tim Kiefer. Mr. Kiefer has described a pretty simple and inexpensive remote removal process which would involve sending a piece of equipment to the person in possession of the Laptop in the UK and have it plugged in to the Laptop. Mr. Kiefer can then remotely search for and remove the Moore data tranche. If you want this removal process done with the UK expert in possession of the Laptop, we are amenable to that.

2. You would not be able to retain a forensic image of the removed data.

Are you amenable to this? If so, I can propose an added third paragraph.

Regards,
—

Very Truly Yours,