UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OUSSAMA EL OMARI, et. al., | : |
| Plaintiff | : |
| v. | : Civ No. 1:23-cv-04607-LAK-OTW |
| DECHERT LLP, et al. | : |
| Defendants | : |

## DECLARATION OF SAMUEL ROSENTHAL IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER

I, Samuel Rosenthal, hereby declare as follows:

1. I am the undersigned attorney for Defendants Nicholas Del Rosso ("Del Rosso") and Vital Management Services, Inc. ("Vital") (collectively, "Defendants") for the above captioned case. I make this declaration in opposition to the application of Plaintiff for a temporary restraining order. I have personal knowledge of the matters set forth herein.

2. Attached as Exhibit A is a true copy of email correspondence between the undersigned and counsel for Plaintiff relating to availability for a meet and confer.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2023, in Washington, D.C.

Respectfully submitted,

/s/ *Samuel Rosenthal*
Samuel Rosenthal
Nelson Mullins Riley & Scarborough LLP

*Counsel for Defendants Nicholas Del Rosso and Vital Management Services, Inc.*