UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
OUSSAMA EL OMARI,

           Plaintiff,

           -against-

DECHERT LLP, et al.,

           Defendants.
------------------------------------------------------------x

23-CV-4607 (LAK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 45, 46, 47, and 54. The parties are directed to meet and confer regarding whether all parties consent to a stay of discovery. If all parties consent, they shall file a joint stipulation **by Friday, September 29, 2023**.

In advance of the in-person status conference on October 3, 2023, the parties are further directed to file, **by Friday, September 29, 2023**, a letter that identifies all matters pending in U.S. courts related to the pending action in the United Kingdom. The parties shall be prepared to provide an update on the UK proceedings at the October 3, 2023, conference.

SO ORDERED.

Dated: September 25, 2023
      New York, New York

         _s/ Ona T. Wang_
         **Ona T. Wang**
         United States Magistrate Judge