

# MOORE
### INTERNATIONAL LAW PLLC

INTERNATIONAL LEGAL MATTERS

_____
WRITER:  SCOTT MICHAEL MOORE
MOORESM@MILPLLC.COM
LICENSED & ADMITTED

**ROCKEFELLER CENTER**
**45 ROCKEFELLER PLAZA, 20TH FLOOR**
**NEW YORK, NEW YORK  10111  USA**
  **TELEPHONE: + (212) 332-3474**
[www.milpllc.com](www.milpllc.com)

SUPREME COURT OF THE UNITED STATES OF AMERICA
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
U.S. COURT OF INTERNATIONAL TRADE
OTHER U.S. FEDERAL COURTS
STATES OF NEW YORK & MICHIGAN ONLY
LONDON COURT OF INTERNATIONAL ARBITRATION

Via ECF

21 October 2023

Hon. Ona T. Wang, M.J.
United States District Court
500 Pearl Street
New York, NY 10007

Re:  *El Omari v. Dechert LLP, et al,* Case No. 23-cv-04607 (S.D.N.Y.)

Dear Judge Wang:

This firm represents Oussama El Omari, Plaintiff in the above action. This letter is to respectfully move the Court for leave to file the annexed proposed Exhibit 8 (redacted) in supplement to Plaintiff's Amended Memorandum of Law in opposition to Vital Defs motion to dismiss (and reply in support of Plaintiff's motion for preliminary injunction. (See ECF 56)

The reason is that yesterday, 10/20/23, Plaintiff, the undersigned, and defense counsel in this and other U.S. cases involving the Defendants, received by email, "KB's" second installment of an ongoing leak of hacking evidence involving private and privileged email communications between the Plaintiff and the undersigned. KB's attachment, embedded in the email, is identified as a screenshot of email communications between Plaintiff and the undersigned using "Voltage SecureMail" (an encrypted email provider) in 2018. A review of the email subject lines indicates the hack occurred at Plaintiff's end. At this point, this leak in conjunction with the previous evidence, indicates that the email communications between Plaintiff and the undersigned were intercepted by hacking email accounts at least between 2016 and 2018, even when using encrypted email. As with the first KB leak, all receivers of the KB email were given confidentiality and litigation hold warnings. By way of background, at the initial pretrial conference held on October 3, 2023, the Court gave Plaintiff an option to file a redacted copy of the anonymous 9/25/23 email from KB in supplement to the earlier and more heavily redacted copy at ECF 57-6, which is Exhibit 6 annexed to the Declaration of the undersigned at ECF 57. (See ECF 64) This request further supplements KB's first email of 9/25/23.

Respectfully submitted,,

**MOORE INTERNATIONAL LAW  PLLC**
BY: /s/ Scott M. Moore
Scott Michael Moore
Attorney at Law
Counsel for Plaintiff, Oussama El Omari

Attachment
cc: All counsel of record