# Proposed
# EXHIBIT 8

**From:** K B <koshskbar@outlook.com>
**Date:** October 20, 2023 at 2:09:46 AM EDT
**To:** smm@milopc.com, ceo@oussamaelomari.com, abousami2793@gmail.com, samiathkinson93@gmail.com, abousami93@yahoo.com
**Cc:** brandon.neuman@nelsonmullins.com, jeff.kelly@nelsonmullins.com, kieran@shanahanlawgroup.com, jquinn@kaplanhacker.com, kdavis@brookspierce.com, dadams@brookspierce.com, sam.rosenthal@nelsonmullins.com, lisa.herbert@nelsonmullins.com, john.branch@nelsonmullins.com
**Subject: Re: Important : New York**



A new batch of evidences by coming Friday(27th October).