UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

OUSSAMA EL OMARI, et. al.,

        Plaintiff

  v.

DECHERT LLP, et al.

        Defendants

Civ No. 1:23-cv-04607-LAK-OTW

## SUPPLEMENTAL DECLARATION OF SAMUEL ROSENTHAL IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER

I, Samuel Rosenthal, hereby declare as follows:

1. I am the undersigned attorney for Defendants Nicholas Del Rosso ("Del Rosso") and Vital Management Services, Inc. ("Vital") (collectively, "Defendants") for the above captioned case. I make this declaration in opposition to the application of Plaintiff for a temporary restraining order. I have personal knowledge of the matters set forth herein.

2. Attached as Exhibit A is a true copy of a witness statement filed by Nicholas del Rosso in England involving claims by Farhad Azima against Dechert LLP, et al., *RAK Investment Authority v. Azima* [2020] EWHC 1327 (Ch).

3. On October 20, 2023, I received an email from someone identified as KB, which was also sent to other counsel in this case. Plaintiff filed a redacted copy of this email, see ECF 70-71, which renders it impossible to read the fourth entry on that proposed exhibit. The line redacted by Plaintiff reads "website hacking confirmation." A true copy of the email sent to counsel with that line unredacted from Plaintiff's exhibit is attached hereto as Exhibit B.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2023, in Washington, D.C.

1


*/s/ Samuel Rosenthal*
Samuel Rosenthal, Esq.
Nelson Mullins Riley & Scarborough LLP
330 Madison Avenue, 27th Floor
New York, New York 10017
Tel:    212.413.9058
Fax:    646.428.2610
sam.rosenthal@nelsonmullins.com

*Counsel for Defendants Nicholas Del Rosso and Vital Management Services, Inc.*