

# MOORE
### INTERNATIONAL LAW PLLC

**ROCKEFELLER CENTER**
**45 ROCKEFELLER PLAZA, 20ᵀᴴ FLOOR**
**NEW YORK, NEW YORK 10111 USA**
 **TELEPHONE: + (212) 332-3474**
www.milpllc.com

INTERNATIONAL LEGAL MATTERS
_____
WRITER: SCOTT MICHAEL MOORE
MOORESM@MILPLLC.COM
LICENSED & ADMITTED
SUPREME COURT OF THE UNITED STATES OF AMERICA
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
U.S. COURT OF INTERNATIONAL TRADE
OTHER U.S. FEDERAL COURTS
STATES OF NEW YORK & MICHIGAN ONLY
LONDON COURT OF INTERNATIONAL ARBITRATION

Via ECF

27 October 2023

Hon. Ona T. Wang, M.J.
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *El Omari v. Dechert LLP, et al,* Case No. 23-cv-04607 (S.D.N.Y.)

Dear Judge Wang:

This firm represents Oussama El Omari, Plaintiff in the above action. This letter concerns an ongoing anonymous leak of private and confidential email communications hacked from email accounts of Plaintiff and the undersigned, which relate to allegations in the Complaint. (ECF 1) This letter is to respectfully move the Court for leave to file the annexed proposed Exhibit 9 in supplement to Plaintiff's Amended Memorandum of Law in opposition to Vital Defs motion to dismiss (and reply in support of Plaintiff's motion for preliminary injunction. (See ECF 56) This request further supplements Exhibit 7, KB's first email of 9/25/23 (ECF 64) and proposed Exhibit 8, KB's second email of 10/21/2023 (ECF 70-1). Here, proposed Exhibit 9 is KB's email received today, 10/27/23, which was copied to Defendant Dechert LLP's, and the Vital Defendants' defense attorneys in this case, other U.S. cases, and now their U.K. cases. As with all KB leaks, all receivers of the KB email were given confidentiality and litigation hold warnings.

 This, KB's third installment of hacking evidence, states "Updates of smm@milopc.com were provided till August 2020," and "Will share more information in coming days." KB's email contains three screenshot attachments of, 1) 16 update files for the undersigned's email account, smm@milopc.com from dates in October 2016 to August 2020, 2) a 2017 web archive of a UAE company called "The White Crush Company LLC," and 3) a copy of a letter from DUC Consulting International, dated 1/25/2017, with the subject "Confirmation Letter for the Hack of Oussamaelomari.com Website," which KB states was "from the rar of last email screenshot" [KB's email of 10/21/2023].

At this point, this leak in conjunction with the previous evidence, indicates that the email communications and evidence between Plaintiff and the undersigned were intercepted by hacking Plaintiff's and the undersigned's email accounts at least over a four-year period, between 2016

27 October 2023                                                  **MOORE**

Page 2 of 2                                              **INTERNATIONAL LAW PLLC**

and 2020, even when using encrypted email. This period is during the Dechert defense cases identified in paragraphs 17 and 18 of the complaint. <u>Importantly, the similarity of the folder names in attachment 1 to KB's email of 10/27/2023, the hacking updates for smm@milopc.com, (e.g. "smm@milopc.com_UPDATE26Aug.rar") links these updates to the folder name update for smm@milopc.com ("update24Jan.rar") alleged to be on the Laptop in the complaint.</u> (See Compl. ¶ 20) Moreover, a pattern has developed in KB's leaks where the emails are directed to Plaintiff and the undersigned and copied to defense attorneys for Defendant Dechert and the Vital Defendants in this and other hacking related cases, and hacking evidence is being slowly leaked, which now ties this evidence to Defendant Del Rosso's Laptop by the file names. The language "were provided" in today's KB email suggests KB is/was affiliated with CyberRoot, the Indian entity alleged in the complaint to have carried out the hacking.

The third attachment to today's email, the 1/25/2017 letter from DUC Consulting International, shows the hacked emails were opened and read, and contained evidence. This letter was identified and figured in Plaintiff's previously unsuccessful effort to amend the complaint in *Oussama El Omari v. RAKFTZA et al*, 16-cv-3895 (S.D.N.Y.) "A newly obtained document, dated January 25, 2017, from El Omari's computer expert, indicates that on March 15, 2014, El Omari's website, "Oussamaelomari.com", was hacked, and suffered an unusual and unprecedented sabotage which deleted the entire website." (See *RAKFTZA*, ECF 121-1)

Plaintiff is mindful that his first motion to supplement the record with the last leaked email from KB, dated 10/21/23, remains pending, and the briefing is now closed. However, the hacking evidence presently being leaked is important new evidence in support of the allegations in the complaint and Plaintiff's motions for preliminary injunction and TRO.

Respectfully submitted,

**MOORE INTERNATIONAL LAW PLLC**

BY: /s/ Scott M. Moore

Scott Michael Moore
Attorney at Law
Counsel for Plaintiff, Oussama El Omari

Attachment
cc: All counsel of record