# Proposed
# EXHIBIT 9

**From:** K B <koshskbar@outlook.com>
**Date:** October 27, 2023 at 1:48:35 AM EDT
**To:** smm@milopc.com, ceo@oussamaelomari.com, abousami2793@gmail.com, samiathkinson93@gmail.com, abousami93@yahoo.com, mooresm@milpllc.com
**Cc:** brandon.neuman@nelsonmullins.com, jeff.kelly@nelsonmullins.com, kieran@shanahanlawgroup.com, jquinn@kaplanhacker.com, kdavis@brookspierce.com, dadams@brookspierce.com, sam.rosenthal@nelsonmullins.com, lisa.herbert@nelsonmullins.com, john.branch@nelsonmullins.com, Nick.leigh@rosenblatt.co.uk, Simon.walton@rosenblatt.co.uk, Joelle.Bisimwa@rosenblatt.co.uk, Edward.Allen@enyolaw.com, DEC@enyolaw.com
**Subject: Re: Important : New York**


Updates of smm@milopc.com were provided till August 2020.


Attached file WebsiteHackingConfirmation Letter (1).pdf from the rar of last email screenshot.

https://web.archive.org/web/20170701151401/http://whiteccllc.com/


Will share more information in coming days.

| Name | Date modified | Type | Size |
|---|---|---|---|
| smm@milopc.com.rar | 17/10/2016 10:55 | WinRAR archive | 2,091,702 KB |
| smm@milopc.com_24_aug_20.rar | 24/08/2020 12:01 | WinRAR archive | 6,192,645 KB |
| smm@milopc.com_update.rar | 25/01/2018 16:50 | WinRAR archive | 3,394,244 KB |
| smm@milopc.com_update_1.rar | 24/08/2018 13:15 | WinRAR archive | 3,987,782 KB |
| smm@milopc.com_update_june2018.rar | 11/07/2018 12:11 | WinRAR archive | 3,793,321 KB |
| smm@milopc.com_update_may20017.rar | 07/06/2017 18:19 | WinRAR archive | 2,909,377 KB |
| smm@milopc.com_Update10June2019.rar | 14/06/2019 16:50 | WinRAR archive | 5,032,288 KB |
| smm@milopc.com_UPDATE10May2019.rar | 24/05/2019 11:02 | WinRAR archive | 4,999,482 KB |
| smm@milopc.com_UPDATE14SEP.rar | 20/09/2018 11:55 | WinRAR archive | 4,456,829 KB |
| smm@milopc.com_UPDATE26Aug.rar | 29/08/2018 13:02 | WinRAR archive | 4,130,464 KB |
| smm@milopc.com_UPDATE28JUL.rar | 23/08/2018 13:34 | WinRAR archive | 3,894,304 KB |
| smm@milopc.com_UPDATES15DEC.rar | 24/12/2018 12:06 | WinRAR archive | 4,700,420 KB |
| smm@milopc.com_UPDATES26Apr.rar | 04/05/2020 20:32 | WinRAR archive | 6,248,865 KB |
| smm@milopc.com_UPDATES27SEP.rar | 13/10/2018 12:39 | WinRAR archive | 4,491,678 KB |
| smm@milopc_update.rar | 10/02/2017 14:37 | WinRAR archive | 2,398,209 KB |
| smm_2_mail.rar | 24/05/2019 12:05 | WinRAR archive | 10 KB |



INTERNET ARCHIVE  http://whitecclic.com/   Go   JUN **JUL** AUG
**Wayback Machine**  1 capture                                                         ◀ **01** ▶
1 Jul 2017                                                                            2016 **2017** 2018

## Cyber Security

Cyber security is the body of technologies, processes and practices designed to protect networks, computers, programs and data from attack, damage or unauthorized access. In a computing context, security includes both cybersecurity and physical security. Government agencies, the military, corporations, financial institutions, hospitals, and other groups collect, process, and store a great deal of confidential information on computers and transmit that data across networks to other computers. With the growing volume and sophistication of cyber-attacks, ongoing attention is required to protect sensitive business and personal information, as well as safeguard national security. One of the most problematic elements of cybersecurity is the quickly and constantly evolving nature of security risks. The traditional approach has been to focus most resources on the most crucial system components and protect against the biggest known threats, which necessitated leaving some less important system components undefended and some less dangerous risks not protected against. Such an approach is insufficient in the current environment. Adam Vincent, CTO-public sector at Layer 7 Technologies (a security services provider to federal agencies including Defense Department organizations), describes the problem: "The threat is advancing quicker than we can keep up with it. The threat changes faster than our idea of the risk. It's no longer possible to write a large white paper about the to a system. You would be rewriting the white paper constantly..." To deal with the current environment, advisory organizations are promoting a more proactive and adaptive approach. The National Institute of Standards and Technology (NIST), for example, recently issued updated guidelines in its risk assessment framework that recommended a shift toward continuous monitoring and real-time assessments. According Forbes, the global cybersecurity market reached $75 billion for 2015 and is expected to hit $170 billion in 2020.

### Let the crush change your perception of risk and deal with the reality of cyber security.

- Big Data Analytics
- Digital Forensics Services
- Vulnerability and Risk Assessments
- Policy and Plan Development
- Configuration Management, Design, and Remediation
- Malicious Code Review
- Computer Security Incident Response
- Engineering and Architecture Design
- Application and Software Security Assurance
- Insider Threat and APT Assessment
- Social Engineering (Targeted phishing)

## Contact us

For further information, please submit a basic proposal to us at: manager[at]whitecclic.com

Cayan Tower – Dubai Marina. Suite 1505. Al Sufouh Road 53. Dubai. UAE. Tel: +971.4.421.9436.
www.whitecclic.com The White Crush Company LLC.





**DUC CONSULTING INTERNATIONAL**

Date: 25th January 2017

# To Whom It May Concern

**Subject:** Confirmation Letter for the Hack of Oussamaelomari.com Website

Dear Sir / Madam,

This is to confirm that Oussamaelomari. Com was developed and deployed by DUC International Consulting initially and it was running fine. There was an act of unusual sabotage on 15/3/2014 (unprecedented) let to the deletion of the complete website. Our technical consultant was contacted again to the rescue of finding way to re-instate the website and it was done successfully. DUC Charged 55,000AED for the professional services to recover the website which was hosted outside United Arab Emirates. Our Experts utilizes computers at DUC office in Dubai and also the laptop (Sony 1080p) of Mr. Oussama to recover the website to normal.

Please feel free to contact me for further information;

_[signature]_

**Dr. Usman Zafar**

**Founder & CEO, DUC Consulting International**

usman@duconsulting.com

Date: 25/1/2017



Office No 1409

Churchill Tower, Business Bay. Dubai POBOX 120929. 04-4567819

www.duconsulting.com