UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OUSSAMA EL OMANI,

                Plaintiff,

    -against-                                      23-CV-4607 (LAK)

DECHERT LLP, et al.,

                Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendants move to dismiss the complaint, all for failure to state a legally sufficient claim and as time barred and the defendants other than Dechert LP on the additional ground of lack of personal jurisdiction. In a report and recommendation dated February 22, 2024 (the "R&R"), Magistrate Judge On Wang recommended that the motions be granted. Plaintiff objects to the recommendation.

        Having reviewed the R&R and the parties' submissions setting forth and responding to plaintiff's objections, the Court perceives nothing contrary to law nor any clear error. Accordingly, the motions to dismiss (Dkt. 34 and 36) are granted and the case dismissed. The Clerk shall terminate all other pending motions and close the case.

        SO ORDERED.

Dated:     June 24, 2024

                                                        Lewis A. Kaplan
                                           United States District Judge