**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
OUSSAMA EL OMANI,

                     Plaintiff,

     -against-                                       23 **CIVIL** 4607 (LAK)

                                                                    **JUDGMENT**
DECHERT LLP, et al.,

                    Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 24, 2024, Defendants' motions to dismiss (Dkt. 34 and 36) are granted and the case is dismissed; accordingly, the case is closed.

**Dated:** New York, New York

      June 25, 2024

                                                                 **DANIEL ORTIZ**
                                                           **Acting Clerk of Court**

                               **BY:**              _K. Mango_

                                                           **Deputy Clerk**