UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

OUSSAMA EL OMARI,

       Plaintiff,                                 Case No.: 23-cv-04607 (LAK)(OTW)

     v.                                          **NOTICE OF APPEAL**

DECHERT LLP,
NICHOLAS PAUL DEL ROSSO, and
VITAL MANAGEMENT SERVICES, INC.,

       Defendants.
_____x

     **PLEASE TAKE NOTICE** that the Plaintiff in the above captioned case hereby appeals to the United States Court of Appeals for the Second Circuit from the Order of Dismissal of the Honorable Lewis A. Kaplan entered on June 24, 2024, (Doc. No. 81), and the Report and Recommendation of Magistrate Judge Ona T. Wang dated February 22, 2024 recommending the grant of the Defendants' motions for dismissal, (Doc. No. 76), and the final judgment entered on June 25, 2024, (Doc. No. 82), and each and every part therein.

Dated:  New York, New York
            July 22, 2024

                                                         MOORE INTERNATIONAL LAW PLLC

                                                               /s/ Scott M. Moore
                                          By: _____
                                                  Scott Michael Moore, Esq.
                                   *Attorneys for Plaintiff, Oussama El Omari*
                                          45 Rockefeller Plaza, 20th Floor
                                                 New York, New York 10111
                                                        T. (212) 332-3474